UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARTIN J. WALSH, Secretary of Labor,  :
United States Department of Labor,    :
          Plaintiff,                :
                                    :   **ORDER**
v.                                    :
                                    :   23 CV 1573 (VB)
SUNRISE HOME CARE INC. and ELSA       :
SILVA,                                :
          Defendants.               :
--------------------------------------------------------------x

      Plaintiff commenced this action on February 24, 2023, seeking, among other things, to enjoin defendants from interfering with plaintiff's investigation of possible violations of the Fair Labor Standards Act and retaliating against current and former employees for participating or cooperating in that investigation. Plaintiff has also filed a motion for a temporary restraining order ("TRO") and a preliminary injunction. According to the motion, plaintiff's counsel "conferred" with defendants' counsel on February 23 and 24, 2023, about plaintiff's intent to file the motion.

      Accordingly, it is HEREBY ORDERED:

1. The Court will hold a conference to discuss the pending motion on **March 1, 2023, at 9:00 a.m.,** to proceed **in person** at the White Plains Courthouse, Courtroom 620.

2. Counsel for both parties, as well as Investigator Gisselle Alarcon (and any other investigator who may have relevant information to provide to the Court) shall attend the March 1, 2023, conference in person.

3. By no later than **5:00 p.m. today, February 27, 2023**, counsel for plaintiff is directed to (i) serve the complaint (Doc. #1), the motion and all supporting papers (Doc. #5), and a copy of this Order on defense counsel by email, and (ii) file proof of such service on the ECF docket.

Dated: February 27, 2023
      White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge